**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELISA ARROYO,<br><br>   Plaintiff,<br><br>  v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>   Defendant. | Case No. 17-cv-06211-BLF<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE EVIDENCE UNDER SEAL**<br><br>[Re: ECF 41] |

Defendant has filed an Administrative Motion to File Evidence Under Seal (ECF 41) in connection with Defendant's opposition to Plaintiff's motion for class certification. Specifically, Defendant seeks to redact personal information from a single declaration of "Employee A." Defendant explains that while Employee A agreed to provide a declaration regarding Employee A's work history and work schedule, and to provide Employee A's wage statement, Employee A requested that personal identifying and financial information be kept confidential. *See* Olsen Decl. ¶¶ 1-4, ECF 41-1. The sealing motion is unopposed by Plaintiff.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, filings that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097.

Sealing motions filed in this district also must be "narrowly tailored to seek sealing only of sealable material." Civil L.R. 79-5(b). A party moving to seal a document in whole or in part must file a declaration establishing that the identified material is "sealable." Civ. L.R. 79-5(d)(1)(A). "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id.*

These requirements are satisfied here. The good cause standard governs, because the sealing request relates to evidence offered to oppose class certification rather than to a document going directly to the merits of Plaintiff's claims. Good cause exists to protect the Employee A's personal information. The sealing request is supported by the declaration of Defendant's counsel. *See* Olsen Decl., ECF 41-1. The request is narrowly tailored, as only Employee A's identifying and financial information is redacted.

Accordingly, Defendant's Administrative Motion to File Evidence Under Seal (ECF 41) is GRANTED.

IT IS SO ORDERED.

Dated: February 12, 2019

_____
BETH LABSON FREEMAN
United States District Judge